IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES

DIANA MEY, on behalf of herself and others similarly situated,

    Plaintiff,

v.

ADT, INC.,
SAFE STREETS USA, LLC, and
PERFECTVISION MANUFACTURING, INC.,

    Defendants.

Miscellaneous Business Docket
No. 21-mc-91020-WGY

(in aid of *Mey v. ADT, Inc., Safe Streets, USA, LLC and PerfectVision Manufacturing, Inc.,* Northern District of West Virginia, Civil Action No. 5:20-cv-00209-JPB

## ORDER

Before this Court is Plaintiff's Motion to Compel Eblubox LLC to Respond to Plaintiff's Subpoena to Produce Documents ("Motion").

WHEREAS Rule 45 of the Federal Rules of Civil Procedure permits that a non-party can be compelled to produce documents in response to a subpoena; and

WHEREAS Plaintiff Mey has issued a properly served on Eblubox a Subpoena to Produce Documents; and

WHEREAS Eblubox has not responded to Plaintiff's subpoena, Plaintiff's Motion is GRANTED. Eblubox is hereby ORDERED to respond to Plaintiff's subpoena on or before ~~7~~ 14 days from the date of this order.

This the 1st day of February, 2021.

                                                                /s/ William G. Young
                                                                 UNITED STATES DISTRICT JUDGE

\*\*\*\*\* Save for paragraph two which is over broad.